Rick Morin (SBN 285275)
Law Office of Rick Morin
331 J Street Suite 200
Sacramento, CA 95814
Telephone: (916) 258-5435
Email: rick@rickmorin.net

Attorney for Defendant,
Shirley Anne Bourne

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SHIRLEY ANNE BOURNE, et al.,<br><br>                    Defendants. | Case No. 2:13-CV-01763-TLN-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Phyl Grace, counsel for plaintiff, and Rick Morin, counsel for defendant SHIRLEY ANNE BOURNE ("Defendant") that Defendant shall have to and including October 4, 2013 to file her responsive pleading to Plaintiff's Complaint in the above-captioned matter.

Date: September 12, 2013

| | |
|---|---|
| /s/ Rick Morin | /s/ Phyl Grace |
| Rick Morin<br>Law Office of Rick Morin<br>331 J Street #200<br>Sacramento, CA 95814 | Phyl Grace<br>Center for Disability Access<br>PO Box 262490<br>San Diego, CA 92196 |
| Attorney for Defendant Shirley Ann Bourne | Attorney for Plaintiff Scott Johnson |

1

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**IT IS SO ORDERED**

Dated: September 13, 2013

_____
Troy L. Nunley
United States District Judge