1  Rick Morin (SBN 285275)
2  Law Office of Rick Morin
3  331 J Street Suite 200
   Sacramento, CA 95814
   Telephone: (916) 258-5435
4  Email: rick@rickmorin.net

5  Attorney for Defendant,
6  Shirley Anne Bourne

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  SCOTT JOHNSON,                  Case No. 2:13-CV-01763-TLN-EFB
11
                    Plaintiff,     STIPULATION AND ORDER FOR
12                                 EXTENSION OF TIME TO FILE
                                   RESPONSIVE PLEADING
13        vs.

14  SHIRLEY ANNE BOURNE, et al.,   (First Request)

15                  Defendants.
16

17

18        IT IS HEREBY STIPULATED AND AGREED by and between Phyl Grace, counsel for

19  plaintiff, and Rick Morin, counsel for defendant SHIRLEY ANNE BOURNE ("Defendant") that

20  Defendant shall have to and including October 4, 2013 to file her responsive pleading to

21  Plaintiff's Complaint in the above-captioned matter.

22        Date: September 12, 2013

23      /s/ Rick Morin                         /s/ Phyl Grace
24    Rick Morin                            Phyl Grace
      Law Office of Rick Morin              Center for Disability Access
25    331 J Street #200                     PO Box 262490
      Sacramento, CA 95814                  San Diego, CA 92196
26
27    Attorney for Defendant Shirley Ann    Attorney for Plaintiff Scott Johnson
      Bourne
28

**IT IS SO ORDERED**

Dated: September 13, 2013

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING